Michael A. Bogdonoff, Esq.
John M. Ix, Esq.
Evan W. Davis, Esq.
DECHERT LLP
A PENNSYLVANIA LIMITED LIABILITY PARTNERSHIP
902 Carnegie Center, Suite 500
Princeton, NJ 08540
(609) 955-3200

ATTORNEYS FOR DEFENDANTS H. Kohnstamm & Company, Inc., Warner- Jenkinson Company, Inc., and Sensient Colors Inc.

MB4230
JI1240
ED5332

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: SUBPOENA PROCEEDINGS | : |
| PLEASANT GARDENS REALTY CORP. | : NO. 1:08-cv-5582 (JHR/JS) |
| Plaintiff, | : |
| v. | : |
| H. KOHNSTAMM & COMPANY, INC. et al. | : |
| Defendants. | : |

**Stipulated Motion To Allow Sensient To File An Amended Supplemental Brief In Support Of Its Appeal from the Magistrate's Opinion and Order Denying, In Part, Sensient's Motion for Order to Show Cause Why Defendant Should Not Proceed with Subpoenaed Depositions**

On November 4, 2009, the United States filed a letter with the Court supplementing its filings in this action. (Dkt. No. 25.) On November 10, 2009, Sensient Colors Inc. filed a Supplemental Brief in response to the United States' letter. (Dkt. No. 25.) With respect to the Supplemental Brief, the parties file this stipulated motion asking (1) that Sensient be allowed to withdraw its November 10, 2009 cover letter and brief and supporting documents (Dkt. No. 25) and to file an amended brief and supporting documents, and (2) that the Court disregard Sensient's previous cover letter and brief (Dkt. No. 25).

                Respectfully submitted,

                DECHERT LLP
                A Pennsylvania Limited Liability Partnership

                S/   Michael A. Bogdonoff
                Michael A. Bogdonoff, Esq.
                John M. Ix, Esq.
                Evan W. Davis, Esq.
                902 Carnegie Center, Suite 500
                Princeton, NJ 08540
                (609) 955-3200

November 13, 2009

Paul F. Linn, Esq.
Charles J. Crueger, Esq.
Michael Best & Friedrich LLP
100 East Wisconsin Avenue
Milwaukee, WI 53202-4108
(414) 225-4953
Of Counsel

JOHN C. CRUDEN
Acting Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

_____
Scott Bauer, Esq.
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044
(202) 514-4133

November 13, 2009

Frances Zizila, Esq.
Lauren Fischer, Esq.
Assistant Regional Counsel
U.S. Environmental Protection Agency
Region 2
290 Broadway
New York, NY 10007-1866
(212) 637-3149
Of Counsel