

Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
+1 215 994 4000 Main
+1 215 994 2222 Fax
www.dechert.com

**MICHAEL A. BOGDONOFF**

michael.bogdonoff@dechert.com
+1 (215) 994-2891 Direct
+1 (215) 655-2891 Fax

December 17, 2009

**VIA CM/ECF & FEDERAL EXPRESS**

The Honorable Joseph H. Rodriguez
United States District Court
for the District of New Jersey
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza
Camden, NJ 08101

Re: *In re Subpoena Proceedings*
*Pleasant Gardens Realty Corp. v. H. Kohnstamm & Co., Inc., et al.*
Civil Action No. 1:08-cv-5582

Dear Judge Rodriguez:

Sensient Colors Inc. ("Sensient") has made significant progress toward resolving, through mediation, the state court litigation associated with this removed subpoena proceeding. Consequently, Sensient has requested that Magistrate Schneider stay the above proceedings on a timetable congruent with the stay in effect for the pending CERCLA litigation. To facilitate the stay, Magistrate Schneider requested and Sensient has agreed to request that this Court administratively terminate, without prejudice, Sensient's pending Appeal from the Magistrate's Opinion and Order Denying, in Part, Sensient's Motion for Order to Show Cause Why Defendant Should Not Proceed With Subpoenaed Depositions (Dkt. 21). Sensient understands that such administrative termination would be without prejudice to its right to administratively reinstate the Appeal upon letter request to the Court Clerk. During our status call with Magistrate Schneider this morning, all parties agreed that there would be no prejudice to Sensient in the unlikely event that it must reinstitute the above appeal.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ Michael A. Bogdonoff

Michael A. Bogdonoff





cc: The Honorable Joel Schneider (via Federal Express)
All Counsel of Record (via CM/ECF)
Other Persons on CM/ECF Service List (via CM/ECF)